# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2024

## NO. 03-23-00018-CV

**Shakeel Mustafa, Appellant**

**v.**

**Pakiza Asim, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA AND KELLY
AFFIRMED IN PART, REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on October 14, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, we reverse the trial court's award of $50,000 in appellate attorney fees for this appeal and remand that issue to the trial court for redetermination of those appellate fees. Having overruled all of appellant's other issues, we affirm the remainder of the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.